1    Bruce G. Vanyo (SBN 60134)
     Email: bruce@kattenlaw.com
2    Richard H. Zelichov (SBN 193858)
     Email: richard.zelichov@kattenlaw.com
3    Christina L. Costley (SBN 227134)
     Email: christina.costley@kattenlaw.com
4    **KATTEN MUCHIN ROSENMAN LLP**
     2029 Century Park East, Suite 2600
5    Los Angeles, CA 90067-3012
     Telephone:      (310) 788-4400
6    Facsimile:      (310) 788-4471

7    Attorneys for Defendants
     Natera, Inc., Matthew Rabinowitz, Jonathan Sheena, Herm
8    Rosenman, Roelof F. Botha, Todd Cozzens, Edward C.
     Driscoll, Jr., James I. Healy, and John Steuart
9

10
                      **UNITED STATES DISTRICT COURT**
11
                     **NORTHERN DISTRICT OF CALIFORNIA**
12

13   MIKA CAHOJ, Individually and on Behalf of   )   Case No.:
     All Others Similarly Situated,              )
                                                 )
14              Plaintiff,                       )   **NOTICE OF REMOVAL OF STATE**
                                                 )   **COURT CIVIL ACTION**
15         v.                                    )
                                                 )   Removed from the Superior Court of the State of
16   NATERA, INC., MATTHEW RABINOWITZ,  )           California, County of San Mateo
     JONATHAN SHEENA, HERM ROSENMAN, )            Case No. CIV 537717
17   ROELOF F. BOTHA, TODD COZZENS,            )
     EDWARD C. DRISCOLL, JR., JAMES I.         )
18   HEALY, JOHN STEUART, SC XII              )
     MANAGEMENT, LLC, SEQUOIA CAPITAL )
19   XII, LP, LIGHTSPEED ULTIMATE            )
     GENERAL PARTNER VIII, LTD.,             )
20   LIGHTSPEED VENTURE PARTNERS VIII,  )
     LP, MORGAN STANLEY & CO. LLC,          )
21   COWEN AND COMPANY, LLC, PIPER          )
     JAFFRAY & CO., ROBERT W. BAIRD & CO.)
22   INCORPORATED, WEDBUSH SECURITIES )
     INC. and DOES 1-25, inclusive,           )
23                                              )
                Defendants.                     )
24                                              )
                                                )
25

26

27

28

117846049v2

1

**NOTICE OF REMOVAL**

2      **PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446,

3   Defendant Natera Inc. ("Natera"), Matthew Rabinowitz, Jonathan Sheena, Herm Rosenman, Roelof

4   F. Botha, Todd Cozzens, Edward C. Driscoll, Jr., James I. Healy, and John Steuart (collectively the

5   "Natera Defendants"), by and through their attorneys, hereby remove the above-captioned state court

6   civil action currently pending in the Superior Court of the State of California, County of San Mateo

7   to the United States District Court for the Northern District of California.  In support of this Notice

8   of Removal, Natera states as follows:

9      1.      On March 10, 2016, Plaintiff Mika Cahoj filed this civil action in the Superior Court

10   of the State of California, County of San Mateo, captioned *Mika Cahoj v. Natera, Inc., et al.*, Case

11   No. CIV 537717 (the "State Court Action").  A true and accurate copy of all process, pleadings, and

12   orders served in the State Court Action is attached as **Exhibit A**.

13      2.      None of the Natera Defendants, nor any of the other named defendants, have been

14   served with copies of the Complaint and Summons.

15      3.      This Notice of Removal is timely pursuant to 28 U.S.C. §1446(b), since the Notice of

16   Removal is being filed within 30 days of the filing of the complaint in the State Court Action.

17      4.      Natera has not pled, answered, or otherwise appeared in the State Court Action.

18      5.      Counsel for the Natera Defendants are authorized to certify that all named defendants

19   in the State Court Action consent to removal.  *See Proctor v. Vishay Intertechnology Inc.*, 584 F.3d

20   1208, 1225 (9th Cir. 2009).

21      6.      Natera reserves the right to amend and/or supplement this Notice of Removal.

22

**JURISDICTION**

23      7.      This Court has original subject matter jurisdiction over this action pursuant to 28

24   U.S.C. § 1331, because the claims asserted in the State Court Action arise under the laws of the

25   United States.  The State Court Action is a putative class action brought against Natera, certain

26   officers and directors of Natera, certain entities holding ownership interests in Natera, and certain

27   underwriters of Natera's July 2, 2015 initial public offering on the NASDAQ stock exchange.  The

28   State Court Action alleges violations of Sections 11, 12(a)(2), and 15 of the Securities Act of 1933

2

117846049v2

**Katten**
KattenMuchinRosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

1    (the "Securities Act"), which are laws of the United States.  (Compl. ¶ 1.)  Because this putative

2    class action states a federal question, the district court has original jurisdiction under 28 U.S.C. §

3    1331.

4         8.       Furthermore, the state courts lack subject matter jurisdiction over the State Court

5    Action.  The Securities Act's jurisdictional provision, as amended by the Securities Litigation

6    Uniform Standards Act of 1988 ("SLUSA"), provides that:

7         The district courts of the United States . . . shall have jurisdiction of offenses and
         violations under this subchapter . . . concurrent with State and Territorial court,
8         ***except as provided in section 77p of this title with respect to covered class actions***,
         of all suits in equity and actions at law brought to enforce any liability or duty created
9         by this subchapter."

10   15. U.S.C. § 77v(a) (emphasis added to SLUSA amendments).

11        9.       Section 77p defines "covered class actions" as "any single lawsuit in which . . . one or

12   more named parties seek to recover damages on a representative basis on behalf of themselves and

13   other unnamed parties similarly situated, and questions of law or fact common to those persons or

14   members of the prospective class predominate over any questions affecting only individual persons

15   or members . . . ."   15 U.S.C. §  77p(f)(a)(A)(II).   Plaintiff seeks to recover damages on a

16   representative basis on behalf of itself and a class consisting of unnamed purchasers of Natera

17   common stock, and alleges that common questions of law and fact predominate over individual

18   questions.  (Compl. ¶¶ 55-60.)   Thus, the State Court Action is a "covered class action" under

19   Section 77p of the Securities Act.

20        10.      Because the federal courts alone have original subject matter jurisdiction over the

21   State Court Action, it is properly removable under 28 U.S.C. § 1441(a).  *See Lapin v. Facebook*, No.

22   12-cv-3195-MMC, 2012 WL 3647409, at *2 (N.D. Cal. Aug. 23, 2012) ("[F]ederal courts alone

23   have jurisdiction to hear covered class actions raising [Securities Act] claims."); *Knox v. Agria*

24   *Corp.*, 613 F. Supp. 2d 419, 425 (S.D.N.Y. 2009) ("SLUSA stripped state courts of subject matter

25   jurisdiction over covered class actions raising [Securities Act] claims.");  *Hung v. Idreamsky Tech.*

26   *Ltd.*, No. 15-2514, 2016 WL 299034, at *4 (S.D.N.Y. Jan. 25, 2016) ("SLUSA could and did

27   remove state court jurisdiction of both federal and certain state covered class actions."); *Wunsch v.*

28

Katten
KattenMuchinRosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

3

117846049v2

1  *Am. Realty Capital Properties*, No. 14-4007, 2015 WL 2183035, at *1 (D. Md. Apr. 14, 2015)

2  (denying remand where the "case involves a class action based upon federal law").

3     11.     Moreover, removal of the State Court Action is the proper outcome contemplated by

4  Congress.  "In enacting SLUSA, Congress intended to make 'Federal court the exclusive venue for

5  most securities class action lawsuits and to prevent plaintiffs from seeking to evade the protections

6  that Federal law provides against abusive litigation by filing in State, rather than Federal

7  court.'"  *Knox*, 413 F. Supp. 2d at 421 (quoting H.R. Conf. Rep. No. 105-803, at 13 (1998)); *Lapin*,

8  2012 WL 3647409 at *3 (same); *see also* Mitchell A. Lowenthal & Shiwon Choe, *State Courts Lack*

9  *Jurisdiction to Hear Securities Act Class Actions, But the Frequent Failure to Ask the Right*

10  *Question Too Often Produces the Wrong Answer*, 17 U. Pa. J. Bus. L. 739 (2015).

11     12.     Pursuant to 28 U.S.C. § 1446(d), Natera will promptly serve a copy of this Notice of

12  Removal on Plaintiff's attorneys of record and a copy is being filed with the Clerk of the Superior

13  Court of the State of California, County of San Mateo.

14                    **INTRADISTRICT ASSIGNMENT**

15     13.     Pursuant to United States District Court for the Northern District of California Civil

16  Local Rule 3-2(c), this putative securities class action should be assigned on a district-wide basis.

17

18  Dated:  March 28, 2016                    KATTEN MUCHIN ROSENMAN LLP

19                                By:  _____/s/ *Bruce G. Vanyo*_____
20                                     BRUCE G. VANYO (SBN 60134)
                                       RICHARD H. ZELICHOV (SBN 193858)
20                                     CHRISTINA L. COSTLEY (SBN 227134)
21                                     2029 Century Park East, Suite 2600
                                       Los Angeles, CA 90067-3012
22                                     Telephone:   (310) 788-4400
                                       Facsimile:   (310) 788-4471
23                                     bruce@kattenlaw.com
                                       richard.zelichov@kattenlaw.com
24                                     christina.costley@kattenlaw.com

25                                     *Attorneys for Defendants*
                                       *Natera, Inc., Matthew Rabinowitz, Jonathan*
26                                     *Sheena, Herm Rosenman, Roelof F. Botha,*
                                       *Todd Cozzens, Edward C. Driscoll, Jr.,*
27                                     *James I. Healy, and John Steuart*

28

Katten
KattenMuchinRosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310,788.4400 tel   310,788.4471 fax

4

117846049v2